UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**EUNICE DARLENE FLOYD-TRINOWSKI,**

             **Plaintiff,**

v.                                            Case No:  6:15-cv-1030-Orl-41DAB

**NORTHEAST FLORIDA HEALTH SERVICES, INC., KATHY WILKES, CHERI BOYD, S. REDDY, FISHER & PHILLIPS, LLC, BENTON WOOD and CARYN DIAMOND-SHAW,**

             **Defendants.**
_____/

**ORDER**

THIS CAUSE is before the Court on the motion for leave to proceed *in forma pauperis* (Doc. 2). United States Magistrate Judge David A. Baker issued a Report and Recommendation ("R&R," Doc. 7), recommending that the motion be denied and that Plaintiff's claims be dismissed. Judge Baker further recommended that Plaintiff be ordered to show cause as to why sanctions should not be imposed for filing this fourth insufficient and incomprehensible Complaint. Plaintiff has filed an Objection (Doc. 8) to the R&R.

After an independent *de novo* review of the record in this matter, it is clear that Plaintiff's objections are not meritorious. To the extent Plaintiff's objections are comprehensible, she is simply re-hashing arguments that have already been fully considered and rejected by this Court. Accordingly, Plaintiff's objections are overruled. The Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 7) is **ADOPTED** and **CONFIRMED** and made part of this Order.

2. The motion to proceed in forma pauperis (Doc. 2) is **DENIED**.

3. The claims set forth in Plaintiff's Complaint (Doc. 1) are **DISMISSED**.

4. **On or before June 13, 2016**, Plaintiff shall show cause as to why Plaintiff should not be sanctioned by requiring any future filings made by Plaintiff be pre-screened before they are accepted. Failure to respond may result in the imposition of the above sanction without further notice.

**DONE** and **ORDERED** in Orlando, Florida on May 26, 2016.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party