# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EUNICE DARLENE FLOYD-TRINOWSKI,**

      **Plaintiff,**

**v.**                                              **Case No:   6:15-cv-1030-Orl-41DAB**

**NORTHEAST FLORIDA HEALTH SERVICES, INC., KATHY WILKES, CHERI BOYD, S. REDDY, FISHER & PHILLIPS, LLC, BENTON WOOD and CARYN DIAMOND-SHAW,**

      **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

This cause came on for consideration on the Court's review of the file. On May 26, 2016, District Judge Mendoza entered an Order denying Plaintiff's motion to proceed in forma pauperis and dismissing the claims set forth in Plaintiff's Complaint. Doc. 9. Judge Mendoza granted Plaintiff leave until June 13, 2016 to show cause as to why she should not be sanctioned by requiring any future filings made by Plaintiff be pre-screened before they are accepted; he admonished Plaintiff that "[f]ailure to respond may result in the imposition of the above sanction without further notice." Doc. 9.

As of September 19, 2016, Plaintiff has failed to respond to the Order to Show Cause. It is respectfully **RECOMMENDED** that any future filing made by Plaintiff be pre-screened before they are accepted, and the Clerk be directed to close the docket in this case.

## **NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on September 19, 2016.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy